UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Proveedora La Perla SA de CV, a Mexican Company,

                Plaintiff(s),

    -v-                                         16-CV-110 (CM)

Beefeaters Holding Company, Inc.,                ORDER
                Defendant(s).

---------------------------------------------------------------X

COLLEEN McMAHON, United States District Judge:

    The Court is conducting a review of its docket and making inquiry into cases where there has been no recent activity. The present case appears to fall into that category.

    We haven't heard from the parties since a suggestion of bankruptcy of defendant Beefeaters Holding Company, Inc., ("BHC") was filed in April 2016. Unless a party explains why this case should not be closed by February 28, 2024, the case will be closed.

Dated: February 14, 2024

                                              SO ORDERED:

                                              _____
                                              United States District Judge

BY ECF TO ALL PARTIES