UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Proveedora la Perla SA de CV.

                            Plaintiff,

-against-

Perla Pet, Inc., et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2024

No. 16 Civ. 110 (CM)

## ORDER

McMahon, J.:

There having been no activity in this case for eight years, and the parties having been asked for an update and having failed to respond for nearly one year, the court ORDERS that this case be dismissed WITH PREJUDICE and without costs to either party.

Dated: October 30, 2024

                                                                      U.S.D.J

BY ECF TO ALL COUNSEL